# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY MACKAY, ARION ROBINSON, AZIZ KHETANI, DOUG LaMARCA, JOHN IRVINE, NICOLAS URQUIZA, PATRICK ECKERT, and YE WANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>      Defendant. | C.A. No. 20-1149-RGA |

## DEFENDANT'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

COMES NOW, Defendant Lenovo (United States) Inc. ("Defendant"), by and through its undersigned counsel, and hereby respectfully moves this court for the entry of an Order granting Defendant's Motion to Dismiss the Amended Class Action Complaint (the "Motion"). The complete grounds for this motion are set forth in the Opening Brief filed with this motion.

Dated: April 30, 2021

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel.: 302-416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

-and-

Christina N. Goodrich
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
christina.goodrich@klgates.com

*Attorneys for Defendant Lenovo (United States) Inc.*